# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
WILLIAM JOSEPH BEAN II

**WARRANT FOR ARREST**

08 MAR 21 AM 10:20

CASE NUMBER: 08 MJ 0665

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   William Joseph Bean II
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(4)(B)   Possession of Images of Children Engaged in Sexually Explicit Conduct

In violation of Title   18   United States Code, Section(s)   2252 (a)(4)(B)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

Date and Location   3/5/08

Bail fixed at $   by   CATHY ANN BENCIVENGO
Name of Judicial Officer
U.S. MAGISTRATE JUDGE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Stamp: ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL, SICA BY [signature] DATE 3/18/08