FILED

APR 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1201-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | |
| WILLIAM JOSEPH BEAN II, ) | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253 - Criminal Forfeiture |
| Defendant. ) | |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendant WILLIAM JOSEPH BEAN II, did knowingly possess one or more matters, including computer hard drive(s) and computer media containing digital and computer images and printed images, that contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

As a result of his conviction of the felony offense set forth in Count 1 of this Information, defendant WILLIAM JOSEPH BEAN II, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following:

(1) HP M7000 computer, serial number MXF61707LL;

(2) Dell Dimension 1100 computer, serial number HHWJNB1;

All in violation of Title 18, United States Code, Section 2252.

DATED: April 17, 2008.

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney