AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

APR 17 2008

UNITED STATES OF AMERICA

V.

William Joseph Bean II

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1201-BTM

I, _____William Joseph Bean II_____, the above named defendant, who is accused of

Title 18, USC Sec. 2252(a)(4)(B). Possession of Images of Minors Engaged in Sexually Explicit Conduct

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____4/17/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd